UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:16-cv-23739-DPG

SPORTS TRAXX, INC.,

       Plaintiff,

v.

CATAPULT SPORTS, LLC, and
UNIVERSITY OF MIAMI,

       Defendants.
_____/

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, Sports Traxx, Inc., on the one hand, and Catapult Sports, LLC and University of Miami, on the other, through their respective counsel, hereby stipulate to the dismissal with prejudice of this action.  Each side shall bear its own fees and costs.

Dated:  May 19, 2017                                      Respectfully submitted,

| | |
|---|---|
| */s/ John C. Carey* | */s/ Wayne F. Dennison* |
| John C. Carey | *(with express permission)* |
| Florida Bar No. 78379 | Wayne F. Dennison, Esq. *(pro hac vice)* |
| *jcarey@careyrodriguez.com* | *wdennison@brownrudnick.com* |
| Ernesto M. Rubi | BROWN RUDNICK, LLP |
| Florida Bar No. 92014 | One Financial Center |
| *erubi@careyrodriguez.com* | Boston, MA 02111 |
| CAREY RODRIGUEZ | Telephone:  (617) 856-8200 |
| MILIAN GONYA, LLP | |
| 1395 Brickell Avenue, Suite 700 | |
| Miami, Florida 33131 | |
| Telephone:  (305) 372-7474 | |
| Facsimile:  (305) 372-7475 | |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendants* |